UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN WAYNE THOMAS,

    Plaintiff,

v.                                                    Case No. 3:24cv359-LC-HTC

ANTHONY KAISER, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 18, 2025 (ECF No. 68), recommending that Plaintiff's federal law claims be dismissed and the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 68) is adopted and incorporated by reference in this order.

    2.    Defendant Kaiser's motion to dismiss (ECF No. 51) is GRANTED to the extent that Thomas's Fourth Amendment unlawful detention claim is

DISMISSED WITHOUT PREJUDICE and his Fourth Amendment excessive force claim is DISMISSED WITH PREJUDICE.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims against Kaiser and the City of DeFuniak Springs and those claims are DISMISSED WITHOUT PREJUDICE.

4. Defendant City of DeFuniak Spring's motion to dismiss (ECF No. 52) is TERMINATED AS MOOT.

5. Defendant City of DeFuniak Spring's motion for leave to file a reply (ECF No. 67) is TERMINATED AS MOOT.

6. The Clerk of Court shall enter judgment in accordance with this Order and close this case.

**DONE AND ORDERED** this 9th day of December, 2025.

     s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**